| | |
|---|---|
| **SABRINA P. SHROFF**<br>ATTORNEY AT LAW | 80 BROAD STREET, 19TH FLOOR<br>NEW YORK, NEW YORK 10007<br>TEL: (646) 763-1490 |

December 21, 2022

Honorable Brian M. Cogan
United States District Judge for the
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

Re: <u>United States v. Colinford Mattis</u>, 20 Cr. 203 (BMC)

Your Honor:

      We write to request that Mr. Mattis be permitted to:

      (1) spend Christmas Day (10:00 a.m. to 11:59 p.m.) with his family at the home of his sister, Doreen Crowe, with permission to travel to his late mother's gravesite with his family for part of the same day (11:00 a.m. to 4:00 p.m.); and

      (2) visit his mother's gravesite again on her birthday, January 24, 2023.

The addresses of these locations, which are both located in Brooklyn, are known to Pretrial Services.  We note that Pretrial consented to, and the Court approved, similar requests over the last two years.  *See* Nov. 22, 2022 Order; June 2, 2022 Minute Entry; Dec. 21, 2021 Order; Dec. 21, 2020 Order.

      I thank the Court for its time and consideration of this request.

      Respectfully submitted,

      /s/Sabrina P. Shroff
      Attorney for Colinford Mattis

cc:      Pretrial Services